

# IN THE
# TENTH COURT OF APPEALS

### No. 10-12-00084-CV

## IN THE MATTER OF J.D., A JUVENILE,

**From the 272nd District Court
Brazos County, Texas
Trial Court No. 280-J-11**

## MEMORANDUM OPINION

J.D. was adjudicated for the offense of possession of marijuana.  On January 31, 2012, the trial court entered a disposition order placing J.D on probation for twelve months.  J.D. filed a notice of appeal seeking to appeal a pretrial ruling on his motion to suppress evidence.  On May 11, 2012, this Court received a letter from J.D.'s attorney notifying the Court that that the record was deficient because the testimony was insufficiently recorded.  The parties informed this Court that they were working on a stipulation of evidence.  On August 9, 2012, the State notified the Court that the parties were unable to reach an agreement as to proposed findings of fact and that another suppression hearing would be held.

On November 8, 2012, the parties filed a joint motion to dismiss the appeal.  *See*

TEX. R. APP. P. 42.1(a).  Dismissal of this appeal would not prevent a party from seeking

relief to which it would otherwise be entitled.  The motion is granted, and the appeal is

dismissed.

AL SCOGGINS
Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed November 29, 2012
[CV06]